# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICIA S. BOBROWSKI

VERSUS

JOSEPH R. BOBROWSKI

NO. 2023 CW 0596

**July 21, 2023**

---

In Re:    Patricia   S.   Schiltz   (Bobrowski),   applying   for
          supervisory   writs,   22nd   Judicial   District   Court,
          Parish of St. Tammany, No. 2019-12635.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT DENIED.**

                              MRT
                              HG

   **Penzato, J.,** concurs and would decline to exercise supervisory jurisdiction.  The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT